# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER, | CASE NO. 1:09-cv-01433-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING DOCUMENT FOR LACK OF SIGNATURE |
| v. | (Doc. 11) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on August 14, 2009. (Doc. 1.)

On January 15, 2010, Plaintiff submitted an unsigned response asking the Court to combine both medical cases. (Doc. 11.) All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, Plaintiff's motion filed January 15, 2010, is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:   August 25, 2010              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE