# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.　1:09-cv-01433-LJO-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT ADDITIONAL INFORMATION FOR SERVICE OF DEFENDANTS<br><br>PLAINTIFF'S RESPONSE DUE 5/16/2011 |

**ORDER**

Plaintiff Phillip T. Ricker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's Complaint, filed August 14, 2009, against Defendants LVN Tellorbes, Sgt. Anderson, RN Hicks, La Vann, LVN E. Lopez, C/O Stinger, LVN Alaape, and C/O Lambert for deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment.  Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each Defendant with a summons and complaint.  Fed. R. Civ. Pro. 4(c)(2).

　Plaintiff submitted completed USM-285 forms indicating that Defendants Alaape and Tellorbes could be served at Corcoran State Prison.  However, when service was attempted at Corcoran, the forms were returned with a notation that neither Defendant was

ever employed there nor could either be located by the "CDC locator database."

Ultimately, Plaintiff bears the burden of providing the Marshall's service with sufficient information to serve a defendant. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994). Accordingly, the Court ORDERS Plaintiff to provide the Court with further information to assist the Marshal in serving LVN Alaape and LVN Tellorbes. Such information must be provided to the Court by **May 16, 2011**. Failure to respond or meet this deadline and/or failure to provide accurate information for Defendants Alaape and/or Tellorbes may result in dismissal of these Defendants.

IT IS SO ORDERED.

Dated: April 7, 2011

UNITED STATES MAGISTRATE JUDGE