# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIF. DEPT. OF CORR. MEDICAL DEPT., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:09-cv-01433-GBC (PC)<br><br>ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER<br><br>(ECF No. 27)<br><br>DISPOSITIVE MOTIONS DUE BY JULY 18, 2011 |

**ORDER**

Plaintiff Phillip T. Ricker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2011, Defendants filed a Motion for Modification of Scheduling Order requesting additional time to file dispositive motions. (ECF No. 27.) Defendants state that such additional time is necessary to allow them to acquire needed signatures for a motion to dismiss. Plaintiff has not filed any pleading related to this Motion.

For good cause shown, Defendant's Motion for Modification of Scheduling Order is GRANTED. Dispositive motions shall be filed no later than July 18, 2011.

IT IS SO ORDERED.

Dated:   July 1, 2011

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE