# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01433-LJO-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING DEFENDANTS ALAAPE AND TELLORBES FROM ACTION<br><br>(ECF No. 28) |

**ORDER**

Plaintiff Phillip T. Ricker ("Plaintiff"), an inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's Complaint, filed August 14, 2009, against Defendants LVN Tellorbes, Sgt. Anderson, RN Hicks, La Vinn, LVN E. Lopez, C/O Stinger, LVN Alaape, and C/O Lambert for deliberate indifference to Plaintiff's medical needs in violation of the Eighth Amendment. (ECF No. 1.) Because Plaintiff is proceeding in forma pauperis, the Court appointed the United States Marshal to serve each Defendant with a summons and Complaint. Fed. R. Civ. Pro. 4(c)(2). The summonses for Defendants Tellorbes and Alaape were returned to the Court unexecuted. (ECF No. 23.) The Court then ordered that Plaintiff provide additional information to assist the Marshal in

effectuating service. (ECF No. 25.) Plaintiff failed to respond to the Order. Thus, the Magistrate Judge recommended dismissal of Defendants Tellorbes and Alaape from the action. (ECF No. 28.) No objections to the Findings and Recommendation were filed.

The matter was referred to a United State Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 6, 2011, the Magistrate Judge filed a Findings and Recommendation recommending that Defendants Tellorbes and Alaape be dismissed from the action for failure to serve. (ECF No. 28.) The Magistrate Judge found that Plaintiff had failed to fulfill his burden of providing the Marshal's service with sufficient information to serve a defendant. (Id.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed June 6, 2011, is ADOPTED;

2. Defendant Tellorbes is DISMISSED from the action; and

3. Defendant Alaape is DISMISSED from the action.

IT IS SO ORDERED.

Dated:  August 5, 2011                        /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE