# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP T. RICKER, | CASE NO. 1:09-cv-01433-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT, et al., | Docs. 34 & 24 |
| | REVISED DISPOSITIVE MOTION DEADLINE: MARCH 29, 2012 |
| Defendants. | |

On August 14, 2009, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed a complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On August 26, 2010, this Court issued an order requiring Plaintiff to either file an amended complaint or notify the Court of willingness to proceed on his a cognizable claim against Defendants Anderson, Hicks, La Vaan, Lambert, Lopez, and Stinger ("Defendants")[1] for Eighth Amendment deliberate indifference to medical need. Doc. 14. On September 8, 2010, Plaintiff notified the Court of his willingness to proceed on his cognizable claim against Defendants. Doc. 15. On April 4, 2011, the Court issued a scheduling order, establishing a dispositive motion deadline of February 13, 2012. Doc. 24.

//
//

---

[1] The Court previously dismissed Defendants Alaape, Dhah, Kim, Moon, Tellorbes, and Wang. Docs. 17 & 33.

1  On February 10, 2012, Defendants filed a motion to modify scheduling order, requesting to
2  extend the dispositive motion deadline to March 29, 2012. Doc. 34.  In Defendants' motion, counsel
3  requests additional time to obtain declarations. *Id.* Defendants' motion to modify scheduling order
4  is GRANTED. The revised dispositive motion deadline is March 29, 2012.

7  IT IS SO ORDERED.

Dated:     February 17, 2012

UNITED STATES MAGISTRATE JUDGE